**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CA-0417

Tyjuana Delaya Smith

- - Versus - -

Ronnie Perkins dba Perkins Contractor LLC

City Court of Baton Rouge
Case #: 2000302
East Baton Rouge Parish

On Application for Rehearing filed on  01/18/2023 By Ronnie Perkins d/b/a Perkins Contractor, LLC

Rehearing _____ *Denied* _____

_____
Mitchell R. Theriot

_____
Wayne Ray Chutz   *by CHH*

_____
Chris Hester

Date **FEB 0 2 2023**

_____
Rodd Naquin, Clerk